UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>DEMONN S. WILLIAMS,<br><br>                    Defendant. | Case No. 16-CR-120-JPS<br><br><br><br>ORDER |

On July 26, 2016, the government filed a single-count indictment against the defendant for being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Docket #1). On September 29, 2016, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to the Indictment. (Docket #10 at 1-2).

The parties appeared before Magistrate Judge Nancy Joseph on October 19, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #14). The defendant entered a plea of guilty as to the single-count Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #14 and #15).

That same day, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #15). Pursuant to General L. R. 72(c) (E.D. Wis.), 28

U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge Nancy Joseph's report and recommendation (Docket #15) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 16th day of November, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge